# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TAKAYUJKI HIROTO, § <br> § <br> Plaintiff, § <br> v. § <br> § <br> LASHUNDA SMITH, § <br> § <br> Defendant. § | **CIVIL ACTION NO. 4:24-CV-00045** <br> **(JUDGE MAZZANT/JUDGE DURRETT)** |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 20, 2024, the Magistrate Judge entered a Report (Dkt. #17) recommending that Plaintiff Takayujki Hiroto's Motion to Remand be granted and that this matter be remanded to the Justice of the Peace Court, Precinct 3, Place 1, Collin County, Texas. No Party filed objections to the Report.

Accordingly, having received the Report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that this matter is **REMANDED** to the Justice of the Peace Court, Precinct 3, Place 1, Collin County, Texas. All relief not previously granted is **DENIED**.

**IT IS SO ORDERED.**

SIGNED this 16th day of September, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE